IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MICHAEL DENNIS VINING,    *
                          *
        Plaintiff,        *
                          *
    v.                    *       CV 114-146
                          *
CAROLYN W. COLVIN,        *
Acting Commissioner of Social *
Security,                 *
                          *
        Defendant.        *

# O R D E R

Presently before the Court is the Commissioner's consent motion for entry of judgment and remand. (Doc. no. 10.) On June 27, 2014, Plaintiff Michael Dennis Vining filed suit in this Court seeking review of a decision of the Commissioner that denied his application for Supplemental Security Income benefits. (Doc. no. 1.) The Commissioner has now indicated that the appropriate action in this case should be the reversal of its decision and the remand of the case to the agency for further proceedings.

Under sentence four of 42 U.S.C. § 405(g), the Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for rehearing." Upon due consideration, pursuant to this provision the Court **GRANTS** the Commissioner's

motion. (Doc. no. 10). The Commissioner's decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and this action is **REMANDED** to the Commissioner for further proceedings. The Court further **DIRECTS** the Clerk to enter judgment in favor of Plaintiff and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 30th day of January, 2015.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```